UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BANK HAPOALIM B.M., and HAPOALIM (SWITZERLAND) LTD.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2020

20-CR-00262 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

For the reasons stated on the record during the Conference on April 30, 2020, pursuant to 18 U.S.C. § 3161(h)(2), the period of time during which the prosecution of Defendant Bank Hapoalim B.M. is deferred pursuant to the Deferred Prosecution Agreement accepted and approved by the Court, specifically the period from today until April 30, 2023, is excluded under the Speedy Trial Act.

A Status Conference in this Action will be held on May 1, 2023 at 11:00AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: May 1, 2020
New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge