UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America

    v.

Bank Hapoalim B.M. and Hapoalim (Switzerland) Ltd.,

    Defendants.

        :  No. 20-cr-262 (MKV)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Bank Hapoalim B.M. and Hapoalim (Switzerland) Ltd.

Dated:    April 27, 2023
           New York, New York

*/s/Nicholas F. Menillo*
Nicholas F. Menillo (No. 5164132)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
menillon@sullcrom.com
Telephone: (212) 558-7775

*Counsel for Bank Hapoalim B.M. and Hapoalim (Switzerland) Ltd.*