USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BANK HAPOALIM B.M.,

          Defendant.

**NOLLE PROSEQUI**

20 Cr. 262 (MKV)

1. The filing of this *nolle prosequi* will dispose of the charges filed against defendant BANK HAPOALIM B.M. ("BHBM").

2. On April 30, 2020, BHBM waived indictment and was charged in a single-count Information, 20 Cr. 262 (MKV) (the "Information"), with participating in a conspiracy to defraud the United States, in violation of Title 18, United States Code, Section 371.

3. Also on April 30, 2020, the Court accepted a deferred prosecution agreement (the "Agreement") entered into between the United States Attorney's Office for the Southern District of New York and the Tax Division of the United States Department of Justice (collectively, the "Department") and BHBM. Pursuant to the Agreement, provided that BHBM met its obligations under the Agreement, the Department agreed to defer prosecution on the charge in the Information for a period of three years and then, at the expiration of the three-year period, seek dismissal with prejudice of the Information filed against BHBM.

4. Because the three-year term contemplated by the Agreement has now concluded, and because BHBM has fulfilled its obligations under the Agreement, I recommend that an order of *nolle prosequi* with prejudice be filed as to defendant BHBM.

Dated: New York, New York
       May 1, 2023

*/s/ Nanette L. Davis*

Sagar K. Ravi
Timothy V. Capozzi
Assistant United States Attorneys
Nanette L. Davis
Todd A. Ellinwood
Special Assistant United States Attorneys
(212) 637-2195/2404

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* with prejudice be filed as to defendant BHBM with respect to Information 20 Cr. 262 (MKV).

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated: New York, New York
       May 1, 2023

GRANTED. The Information filed against Bank Hapoalim B.M. is hereby dismissed with prejudice. SO ORDERED.

SO ORDERED:

*/s/ Mary Kay Vyskocil*

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York

Dated: New York, New York
       May 1, 2023

2